Terry CAMP *v.* STATE of Arkansas

687 S.W.2d 133

Supreme Court of Arkansas
Opinion delivered April 15, 1985

*John W. Unger, Jr.,* for appellant.

*Steve Clark,* Att'y Gen., by: *Theodore Holder,* Asst. Att'y Gen., for appellee.

PER CURIAM. Appellant has filed a motion for a rule on the clerk.

His attorney, John W. Unger, Jr., has admitted that the record was tendered late as a result of negligence on his part.

Such negligence made in a criminal case is good cause to grant the rule on the clerk. See Per Curiam, In Re: Belated Appeals In Criminal Cases, February 5, 1979, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.